# Exhibit 34
Patient N and Patient S
Nursing Notes

Patient Name: N
Patient #: 031769

Printed on: 05/06/04 17:18:27
User Name: PKG

## Detail Notes Log

```
_KB  - SHA:WALTER SHANNON - 05/04/04 14:35 -   Admit   from Home
_KB  - SHA:WALTER SHANNON - 05/04/04 14:35 -   Admit   per W/C
_KB  - SHA:WALTER SHANNON - 05/04/04 14:35 -   Admit   Accompanied by S.O.
tKB  - SHA:WALTER SHANNON - 05/04/04 14:36 -   GA : 33  / 6
tKB  - SHA:WALTER SHANNON - 05/04/04 14:36 -   G/P : 3  / 2
TKB  - SHA:WALTER SHANNON - 05/04/04 14:36 -   FHR Mode : U/S  / Started
TKB  - SHA:WALTER SHANNON - 05/04/04 14:36 -   UC Mode : TOCO  / Started
tKB  - SHA:WALTER SHANNON - 05/04/04 14:39 -   Vag Exam: 2.0/100/-2
_KB  - SHA:WALTER SHANNON - 05/04/04 14:42 -   Fetal Movement  Active
_KB  - SHA:WALTER SHANNON - 05/04/04 14:43 -   Pt presents to the Birth Center with c/o contractions
                                                that started an hour ago and pt states they are not
                                                stopping for her.  Pt is on Brethine 5mg every four
                                                hours.  Pt took her last dose of Brethine
_KB  - SHA:WALTER SHANNON - 05/04/04 14:43 -   at 11:00.
TKB  - SHA:WALTER SHANNON - 05/04/04 14:50 -   T : 98.0 F
TKB  - SHA:WALTER SHANNON - 05/04/04 14:50 -   R : 18 /min
TKB  - SHA:WALTER SHANNON - 05/04/04 14:50 -   P : 75 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 14:50 -   BP : 163 / 96
TKB  - SHA:WALTER SHANNON - 05/04/04 14:53 -   P : 95 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 14:53 -   BP : 188 / 83
_KB  - SHA:WALTER SHANNON - 05/04/04 14:53 -   O2 Saturation:  100 %
_KB  - SHA:WALTER SHANNON - 05/04/04 14:53 -   Obstetrician: Dr Ritten
_KB  - SHA:WALTER SHANNON - 05/04/04 14:53 -   Obstetrician: Paged
_KB  - SHA:WALTER SHANNON - 05/04/04 15:08 -   Terbutaline :) Amount : 0.25 mg - Route: SQ L Arm Rate:
_KB  - SHA:WALTER SHANNON - 05/04/04 15:08 -   UC Eval: Contractions: Irregular
_KB  - SHA:WALTER SHANNON - 05/04/04 15:09 -   FHR Eval: LTV: Average (6-24 bpm) / STV: N/A-U/S used
_KB  - SHA:WALTER SHANNON - 05/04/04 15:09 -   FHR Eval: Decels: Absent
_KB  - SHA:WALTER SHANNON - 05/04/04 15:09 -   FHR Eval: Baseline: 155 - 165 bpm
_KB  - SHA:WALTER SHANNON - 05/04/04 15:09 -   FHR Eval: Accels: Present(15 X 15)
TKB  - SHA:WALTER SHANNON - 05/04/04 15:09 -   P : 85 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 15:09 -   BP : 186 / 89
TKB  - SHA:WALTER SHANNON - 05/04/04 15:19 -   P : 85 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 15:19 -   BP : 186 / 89
_KB  - SHA:WALTER SHANNON - 05/04/04 15:25 -   Obstetrician: Dr Ritten
_KB  - SHA:WALTER SHANNON - 05/04/04 15:25 -   Obstetrician: At Bedside
TKB  - SHA:WALTER SHANNON - 05/04/04 15:25 -   Primary IV Initiated: R Hand 20G / LR1000  /Bag #1
TKB  - SHA:WALTER SHANNON - 05/04/04 15:25 -   IV Status:  Rate: Infusing Well   Site Unremarkable
TKB  - SHA:WALTER SHANNON - 05/04/04 15:31 -   P : 107 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 15:31 -   BP : 184 / 69
KB   - SHA:WALTER SHANNON - 05/04/04 15:35 -   Physician Comment: Dr. Ritten at bedside, plan of care
                                                discussed with pt.  Pt voiced understanding.
TKB  - LPW:WITTSTOCK LORR - 05/04/04 15:39 -   Position: In Bed: Left Lateral
TKB  - LPW:WITTSTOCK LORR - 05/04/04 15:39 -   Position: In Bed: with Hip Wedge
TKB  - LPW:WITTSTOCK LORR - 05/04/04 15:39 -   Position: In Bed: Semi Fowlers
TKB  - LPW:WITTSTOCK LORR - 05/04/04 15:39 -   TOCO  / Repositioned
TKB  - SHA:WALTER SHANNON - 05/04/04 15:41 -   P : 105 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 15:41 -   BP : 164 / 97
_KB  - LPW:WITTSTOCK LORR - 05/04/04 15:42 -   Teaching: 5-Labor Positions/R
TKB  - SHA:WALTER SHANNON - 05/04/04 15:45 -   U/S  / Adjusted
_KB  - SHA:WALTER SHANNON - 05/04/04 15:45 -   Medication Comment: Magnesium Sulfate 4 gm bolus started.
_KB  - SHA:WALTER SHANNON - 05/04/04 15:46 -   Blood Work Drawn: Per Order
TKB  - SHA:WALTER SHANNON - 05/04/04 15:48 -   P : 94 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 15:48 -   BP : 164 / 79
TKB  - LPW:WITTSTOCK LORR - 05/04/04 15:51 -   R : 18 /min
TKB  - LPW:WITTSTOCK LORR - 05/04/04 15:51 -   P : 120 bpm
TKB  - LPW:WITTSTOCK LORR - 05/04/04 15:51 -   BP : 186 / 89
TKB  - SHA:WALTER SHANNON - 05/04/04 15:58 -   Secondary IV Added: MgSO4 Water1000 / 40 gm /Bag #2
_KB  - LPW:WITTSTOCK LORR - 05/04/04 15:59 -   Medication Comment: Magnesium Sulfate now infusing at 2
                                                gms per hour.  Bolus has infused.
TKB  - SHA:WALTER SHANNON - 05/04/04 16:02 -   P : 120 bpm
TKB  - SHA:WALTER SHANNON - 05/04/04 16:02 -   BP : 186 / 91
_KB  - SHA:WALTER SHANNON - 05/04/04 16:02 -   Consciousness  Oriented X3
_KB  - SHA:WALTER SHANNON - 05/04/04 16:03 -   Consciousness  Awake
_KB  - SHA:WALTER SHANNON - 05/04/04 16:03 -   Reflexes: Bilateral
_KB  - SHA:WALTER SHANNON - 05/04/04 16:03 -   Reflexes: Patellar
_KB  - SHA:WALTER SHANNON - 05/04/04 16:03 -   Reflexes: 2+
```

Patient N

700b

569191 BC20A
3/17/69   F   5/04/04 OBS
256489   RITTEN, GARY M

Page : 1

569191-

Copyright© Peritronics Medical Inc. 1986-1994 All Rights Reserved

Patient Name: N
Patient #: 031769

Printed on: 05/06/04 17:18:27
User Name: PKG

## Detail Notes Log

| | | |
|---|---|---|
| _KB - SHA:WALTER SHANNON - 05/04/04 16:03 - | Reflexes: Clonus Absent |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:03 - | Visual Disturbance: Patient Denies |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:03 - | Epigastric Pain: Patient Denies |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:03 - | Dizziness: Patient Denies |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:03 - | Nausea: Patient Denies |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:03 - | Headache  Patient Complains of |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:04 - | Resting  Soft Palpation |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:04 - | Intensity  Mild To Moderate |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:04 - | UC Eval: Frequency: 5-7 Min |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:04 - | UC Eval: Duration: 50-60 Sec |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:12 - | Resting  Soft Palpation |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:12 - | Intensity  Mild To Moderate |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:12 - | UC Eval: Frequency: 8-11 Min |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:12 - | UC Eval: Duration: 50-60 Sec |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:27 - | Physician Comment: Dr. Ritten paged with pts AST result. |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:29 - | Pt transferred via wheelchair into 3319. |
| TKB - SHA:WALTER SHANNON - 05/04/04 16:31 - | P : 123 bpm |
| TKB - SHA:WALTER SHANNON - 05/04/04 16:31 - | BP : 166 / 85 |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:35 - | 16FR indwelling foley catheter inserted without difficulty. |
| TKB - SHA:WALTER SHANNON - 05/04/04 16:51 - | P : 116 bpm |
| TKB - SHA:WALTER SHANNON - 05/04/04 16:51 - | BP : 154 / 88 |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:51 - | Obstetrician: Dr Ritten |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:51 - | Obstetrician: Vag Exam Done |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:51 - | Obstetrician: At Bedside |
| tKB - SHA:WALTER SHANNON - 05/04/04 16:52 - | Vag Exam: 3.0/90/-1 |
| KB - SHA:WALTER SHANNON - 05/04/04 16:52 - | Physician Comment: Dr. Ritten speaking with pt and spouse regarding headache, BP, and lab results. |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | FHR Eval: LTV: Average (6-24 bpm) / STV: N/A-U/S used |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | FHR Eval: Decels: Absent |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | FHR Eval: Baseline: 155 - 165 bpm |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | FHR Eval: Accels: Present(15 X 15) |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | Resting  Soft Palpation |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | Intensity  Mild To Moderate |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | UC Eval: Frequency: 8-11 Min |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | UC Eval: Duration: 50-60 Sec |
| KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | Physician Comment: Dr. Ritten discussed with pt and her spouse that she needs to be delivered, she is in severe preeclampsia. Dr. Ritten discussed risks and complications of pt being transferred to Hurley before she |
| KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | Physician Comment: delivers and the risks of having a premature baby that may be transferred to Hurley after birth. Pt and spouse state they would not mind delivering the baby here. They are aware of all risks and |
| KB - SHA:WALTER SHANNON - 05/04/04 16:53 - | Physician Comment: complications. |
| KB - SHA:WALTER SHANNON - 05/04/04 16:54 - | Physician Comment: Dr. Ritten told pt that she is at higher risk if she were to be transferred than if she were to stay and deliver here. |
| _KB - SHA:WALTER SHANNON - 05/04/04 16:59 - | Teaching: 3-Plan Of Care Discussed/V |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | FHR Eval: LTV: Average (6-24 bpm) / STV: N/A-U/S used |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | FHR Eval: Decels: Absent |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | FHR Eval: Baseline: 155 - 165 bpm |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | FHR Eval: Accels: Present(15 X 15) |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | Resting  Soft Palpation |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | Intensity  Mild To Moderate |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | UC Eval: Frequency: 6-11 Min |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:17 - | UC Eval: Duration: 50-60 Sec |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:19 - | Obstetrician: Dr Ritten |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:19 - | Obstetrician: Vag Exam Done |
| _KB - SHA:WALTER SHANNON - 05/04/04 17:19 - | Obstetrician: At Bedside |
| tKB - SHA:WALTER SHANNON - 05/04/04 17:20 - | Membranes : AROM / Clear Fluid / Moderate Amount |
| TKB - SHA:WALTER SHANNON - 05/04/04 17:39 - | Primary IV Added: LR1000  /Bag #3 |
| TKB - SHA:WALTER SHANNON - 05/04/04 17:40 - | Ampicillin : Amount : 2 gm - Route: IVPB  Rate: |
| TKB - SHA:WALTER SHANNON - 05/04/04 17:41 - | P : 115 bpm |

569191

Page : 2

569191  BC20A
3/17/69    F   5/04/04 OBS
256489    RITTEN, GARY

Copyright© Peritronics Medical Inc. 1986-1994  All Rights Reserved

Patient Name: N
Patient #: 031769

Printed on: 05/06/04 17:18:27
User Name: PKG

## Detail Notes Log

```
TKB - SHA:WALTER SHANNON - 05/04/04 17:41 -  BP : 173 / 98
TKB - SHA:WALTER SHANNON - 05/04/04 17:48 -  FECG  / Started
_KB - SHA:WALTER SHANNON - 05/04/04 17:51 -  Teaching: 3-Plan Of Care Discussed/V
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: LTV: Average (6-24 bpm) / STV: N/A-U/S used
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: Decels: Absent
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: Baseline: 160 - 168 bpm
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: Accels: Present(15 X 15)
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: LTV: Average (6-24 bpm) / STV: +(Present)
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: Decels: Absent
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: Baseline: 160 - 168 bpm
_KB - SHA:WALTER SHANNON - 05/04/04 17:52 -  FHR Eval: Accels: Present(15 X 15)
tKB - SHA:WALTER SHANNON - 05/04/04 17:55 -  Vag Exam: 3.0/90/-1
_KB - SHA:WALTER SHANNON - 05/04/04 17:56 -  Physician Comment: Dr. Ritten phoned into department,
                                             report given on starting FECG, contraction pattern, fhts,
                                             VS. Orders received to start Pitocin if contractions are
                                             not regular.
_KB - SHA:WALTER SHANNON - 05/04/04 18:04 -  FHR Eval: LTV: Average (6-24 bpm) / STV: +(Present)
_KB - SHA:WALTER SHANNON - 05/04/04 18:04 -  FHR Eval: Decels: Absent
_KB - SHA:WALTER SHANNON - 05/04/04 18:04 -  FHR Eval: Baseline: 155 - 165 bpm
_KB - SHA:WALTER SHANNON - 05/04/04 18:04 -  FHR Eval: Accels: Present(15 X 15)
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  FHR Eval: LTV: Average (6-24 bpm) / STV: +(Present)
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  FHR Eval: Decels: Absent
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  FHR Eval: Baseline: 160 - 170 bpm
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  FHR Eval: Accels: Present(15 X 15)
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  Resting  Soft Palpation
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  Intensity  Mild To Moderate
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  UC Eval: Frequency: 3-5 Min
_KB - SHA:WALTER SHANNON - 05/04/04 18:15 -  UC Eval: Duration: 60-60 Sec
_KB - SHA:WALTER SHANNON - 05/04/04 18:17 -  Resting  Soft Palpation
_KB - SHA:WALTER SHANNON - 05/04/04 18:17 -  Intensity  Mild To Moderate
_KB - SHA:WALTER SHANNON - 05/04/04 18:17 -  UC Eval: Frequency: 3-4 Min
_KB - SHA:WALTER SHANNON - 05/04/04 18:17 -  UC Eval: Duration: 50-60 Sec
TKB - SHA:WALTER SHANNON - 05/04/04 18:21 -  Pain Assess  Contractions
_KB - SHA:WALTER SHANNON - 05/04/04 18:21 -  Pain Assess(Scale)  9
TKB - SHA:WALTER SHANNON - 05/04/04 18:21 -  Patient States  Requests Medication
tKB - SHA:WALTER SHANNON - 05/04/04 18:24 -  Vag Exam: 3.0/90/-1
_KB - SHA:WALTER SHANNON - 05/04/04 18:24 -  Obstetrician: Dr Ritten
_KB - SHA:WALTER SHANNON - 05/04/04 18:24 -  Obstetrician: Paged
_KB - SHA:WALTER SHANNON - 05/04/04 18:27 -  Physician Comment: Dr. Ritten responded to page, vag exam
                                             results given, pt requesting pain medication. Order
                                             received for Demerol 50mg and Phenergan 25mg IVP.
_KB - SHA:WALTER SHANNON - 05/04/04 18:32 -  Pain Comment:  Demerol 50 mg and Phenergan 25 mg given
                                             IVP.
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  Resting  Soft Palpation
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  Intensity  Mild To Moderate
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  UC Eval: Frequency: 3.5-5.5 Min
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  UC Eval: Duration: 50-60 Sec
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  FHR Eval: LTV: Average (6-24 bpm) / STV: +(Present)
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  FHR Eval: Decels: Absent
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  FHR Eval: Baseline: 155 - 165 bpm
_KB - SHA:WALTER SHANNON - 05/04/04 18:34 -  FHR Eval: Accels: Present(15 X 15)
TKB - SHA:WALTER SHANNON - 05/04/04 18:34 -  R : 17 /min
TKB - SHA:WALTER SHANNON - 05/04/04 18:34 -  P : 130 bpm
TKB - SHA:WALTER SHANNON - 05/04/04 18:34 -  BP : 187 / 90
_KB - SHA:WALTER SHANNON - 05/04/04 18:39 -  Patient Response  More Comfortable
_KB - SHA:WALTER SHANNON - 05/04/04 18:40 -  IO : 250cc clear yellow urine removed from foley.
TKB - SHA:WALTER SHANNON - 05/04/04 18:43 -  Secondary IV Added: Pitocin LR1000 / 20 mu /Bag #4
TKB - SHA:WALTER SHANNON - 05/04/04 18:43 -  Pitocin Titration : 1 mu/min / Infusion Device
TKB - SHA:WALTER SHANNON - 05/04/04 18:43 -  P : 121 bpm
TKB - SHA:WALTER SHANNON - 05/04/04 18:43 -  BP : 168 / 95
TKB - SHA:WALTER SHANNON - 05/04/04 18:44 -  R : 17 /min
TKB - SHA:WALTER SHANNON - 05/04/04 18:44 -  P : 124 bpm
TKB - SHA:WALTER SHANNON - 05/04/04 18:44 -  BP : 190 / 100
TKB - SHA:WALTER SHANNON - 05/04/04 18:46 -  Position: In Bed: Left Lateral
TKB - SHA:WALTER SHANNON - 05/04/04 18:46 -  Position: In Bed: with Hip Wedge
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -  FHR Eval: LTV: Diminished (0-5 bpm) / STV: +(Present)
```

569191/
3/17/69   F   5/04/04 OBS
256489   RITTEN, GARY MI

Page : 3

Copyright© Peritronics Medical Inc. 1986-1994  All Rights Reserved

Patient Name: N
Patient #: 031769

Printed on: 05/06/04 17:18:27
User Name: PKG

## Detail Notes Log

```
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -   FHR Eval: Decels: Absent
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -   FHR Eval: Baseline: 168 - 172 bpm
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -   FHR Eval: Accels: Absent
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -   Resting  Soft Palpation
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -   Intensity  Mild To Moderate
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -   UC Eval: Frequency: 4-5 Min
_KB - SHA:WALTER SHANNON - 05/04/04 18:54 -   UC Eval: Duration: 50-60 Sec
TKB - SHA:WALTER SHANNON - 05/04/04 18:56 -   T : 97.6 F
tKB - SHA:WALTER SHANNON - 05/04/04 19:14 -   Vag Exam: 3.5/100/-1
_KB - SHA:WALTER SHANNON - 05/04/04 19:14 -   Pain Comment:  Pt is requesting an epidural.
_KB - SHA:WALTER SHANNON - 05/04/04 19:14 -   Obstetrician: Dr Ritten
_KB - SHA:WALTER SHANNON - 05/04/04 19:14 -   Obstetrician: Paged
_KB - SHA:WALTER SHANNON - 05/04/04 19:17 -    Dr. Ritten responded to page, he stated to wait on the
                                               epidural and he will be here in 5 mins.
TKB - SHA:WALTER SHANNON - 05/04/04 19:22 -   TOCO  / Adjusted
_KB - SHA:WALTER SHANNON - 05/04/04 19:25 -   Obstetrician: Dr Ritten
_KB - SHA:WALTER SHANNON - 05/04/04 19:25 -   Obstetrician: Vag Exam Done
_KB - SHA:WALTER SHANNON - 05/04/04 19:25 -   Obstetrician: At Bedside
tKB - SHA:WALTER SHANNON - 05/04/04 19:25 -   Vag Exam: 6.0/100/-1
_KB - SHA:WALTER SHANNON - 05/04/04 19:26 -   UC: IUPC inserted by Dr. Ritten
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:35 -   Pediatrician: Paged
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:35 -   Pediatrician: Dr Dharamraj
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:36 -   Pediatrician: Responded to Page
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:36 -   Pediatrician: Dr Dharamraj
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:36 -   Physician Comment: dr. ritten talking to pediatrition
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:40 -   Pediatrician: Paged
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:40 -   Pediatrician: Dr Dharamraj
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:40 -   Physician Comment: report given of delivery soon
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:45 -   Vag Exam: 8.5/100/1
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:45 -    pt very pushy
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:45 -   Physician Comment: cardio paged
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:46 -   Physician Comment: cardio in room
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:46 -   Vag Exam: Complete/100/2
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:46 -   Obstetrician: Dr Ritten
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:46 -   Obstetrician: Called In For Delivery
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:46 -   Obstetrician: Dr Ritten
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:46 -   Obstetrician: At Bedside
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:47 -   Progress  Large Crown
TKB - JDH:HALTERMAN JACQ - 05/04/04 19:47 -   Procedures  Delivery of Head
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:47 -   Delivery Time
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:47 -   Procedure  Spontaneous Vaginal
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:47 -   Sex  Female
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:50 -    pitocin wide open
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:50 -   Apgar : 8 (1 min) / 10 (5 min)
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:50 -   Weight : 5 Pounds / 5 Ounces
_KB - JDH:HALTERMAN JACQ - 05/04/04 19:51 -   Comment dr.iong repair, dr. ritten states that she has to
                                               have 1-2 stiches
tKB - JDH:HALTERMAN JACQ - 05/04/04 19:53 -   Delivery Time of placenta
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Reprod-No Variances*  Criteria Met
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Comment pt very tired
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Cogn/Acty-No Variances*  Criteria Met
TKB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Output : Indwelling Catheter  /   /
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Comment with clear yellow urine draining withi\out diff
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Comment asking for pain meds
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Consciousness  Drowsy
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Headache  Patient Complains of
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Visual Disturbance  Blurred Vision
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Pericare  Performed
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Comfort Measures  Warm Blanket
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Comfort Measures  Personal Care/Hygiene
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Comfort Measures  Darkened Room
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Comfort Measures  Peri pads applied
TKB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   IV Status : Infusing Well  / Unremarkable
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Teaching : Fundal Massage  / V
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Teaching : Infant Security/Safety  / V
_KB - JDH:HALTERMAN JACQ - 05/04/04 20:00 -   Teaching : Fundal Massage  / V
```

569191
569191 BC20A
3/17/69   F   5/04/04  OBS
256489   RITTEN, GARY

Page : 4

Copyright© Peritronics Medical Inc. 1986-1994 All Rights Reserved

Patient Name: S.
Patient #: 052083

Printed on: 07/01/04 11:45:13
User Name: DJD

## Detail Notes Log

Patient S

| | | | |
|---|---|---|---|
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:35 - | Admit from Home |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:35 - | Admit ambulatory |
| tKB - JMS:SCHULTZ JODIE | - 06/29/04 01:35 - | G/P : 1 / 0 |
| tKB - JMS:SCHULTZ JODIE | - 06/29/04 01:35 - | GA : 21 / 4 |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:37 - | Comment Pt of Dr. Nguyen's arrived with c/o gush of clear fluid around MN, with continuous leaking of clear fluid. Pt states her pants are soaked. Pt denies vag bleeding o leaking of fluid. Pt denies |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:38 - | Comment haivng sexual intercourse in last 48hrs. Pt drank 2 glasses of water today. NKA. Ht 5'2", 125lbs. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:38 - | Comment Pt denies feeling baby move since questionable ROM, but had been prior to. Pt also denies feeling tightening of abd or cramping. |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:40 - | U/S / Started |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:40 - | TOCO / Started |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:44 - | FHR Eval. Comment: FHT with doppler 150's regular |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:45 - | Sterile Speculum Exam done. Large amt of clear pooling noted in vag vault. Samples collected x2 and placed on slides. Unable to visualize cervix. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:45 - | Vag Exam Comment: Blue chux changed of large amt of clear fluid. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 01:46 - | Pain Assess(Scale) 0 |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:47 - | T : 99.2 F |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:47 - | R : 16 /min |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:47 - | P : 87 bpm |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:47 - | BP : 121 / 63 |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 01:50 - | U/S / Repositioned |
| tKB - JMS:SCHULTZ JODIE | - 06/29/04 01:58 - | Membranes : SROM / Clear Fluid / Fern. Test Positive |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:09 - | Obstetrician: Dr Ritten |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:09 - | Obstetrician: Report Given |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:09 - | Obstetrician: Orders Received |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:09 - | Physician Comment: Dr. Ritten informed of pt arrival, GA, FHT and no UC, cramping, or tightening, +ferning, VS. Or received to admit pt, IV, Ampicillin 2gm IVPB q 6hrs. Dr RItten to see pt in am |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:10 - | Teaching: 3-Plan Of Care Discussed/V |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:10 - | Teaching: 10-IV Therapy/V |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:29 - | FHR Eval: LTV: Average (6-24 bpm) / STV: N/A-U/S used |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:29 - | FHR Eval: Decels: Absent |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:29 - | FHR Eval: Baseline: 158 - 168 bpm |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:29 - | FHR Eval: Accels: Absent |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:29 - | FHR Eval. Comment: FHT appropriate for gestational age. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:29 - | UC Eval: Contractions: None Felt Per Patient |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:29 - | UC Eval: Contractions: None per TOCO |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:32 - | Pt transferred to room 3319 via bed. All belongings with pt |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:32 - | Vag Exam Comment: Copius amt of clear fluid changed from blue chux. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:34 - | FHR Eval. Comment: Mternal pulse recorded by U/S. Fetal movement noted at times. |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 02:34 - | TOCO / Repositioned |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 02:34 - | TOCO / Adjusted |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 02:44 - | Primary IV Initiated: L Arm 18G 1 1/4" / LR1000 /Bag #1 |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 02:44 - | IV Status: Rate: Infusing Well Site Unremarkable |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 02:44 - | IV Attempts: 1 |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 02:44 - | Ampicillin : Amount : 2 gm - Route: IVPB Rate: over 30 min |
| _KB - CKP:PALMETER CINDY | - 06/29/04 03:11 - | Fetal Movement Active |
| _KB - CKP:PALMETER CINDY | - 06/29/04 03:11 - | UC Eval: Contractions: Irregular |
| _KB - CKP:PALMETER CINDY | - 06/29/04 03:11 - | UC Eval: Contractions: None Felt Per Patient |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 03:28 - | FHR Eval. Comment: FHT auscultated with doppler 155-163, regular. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 03:28 - | Resting Soft Palpation |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 03:28 - | Intensity Mild To Moderate |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 03:28 - | UC Eval: Frequency: 2-3 Min |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 03:28 - | UC Eval: Duration: 50-60 Sec |

552043

Page : 1

Copyright© Peritronics Medical Inc. 1986-1994 All Rights Reserved

700b

-12277-

Patient Name: S  
Patient #: 052083

Printed on: 07/01/04 11:45:13  
User Name: DJD

## Detail Notes Log

| | | | |
|---|---|---|---|
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:29 - | T : 96.5 F |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:29 - | R : 16 /min |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:29 - | P : 84 bpm |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:29 - | BP : 126 / 71 |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:29 - | IV Status: Rate: Infusing Well  Site Unremarkable |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:29 - | Pain Assess  Back Pain |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 03:29 - | Pain Assess(Scale) 3 |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:31 - | Position: In Bed: On Bedpan |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:35 - | Output : Voided on Bedpan / Large / Yellow Urine |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:37 - | TOCO / Repositioned |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 03:37 - | TOCO / Adjusted |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 04:23 - | Pain Assess  Back Pain |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:23 - | Pain Assess(Scale) 3 |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:23 - | Pain Comment: Pt states back pain comes and goes. |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 04:23 - | IV Status: Rate: Infusing Well  Site Unremarkable |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 04:24 - | R : 18 /min |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 04:24 - | P : 88 bpm |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 04:24 - | BP : 126 / 70 |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:26 - | FHR Eval. Comment: FHT auscultated with Doppler, 145-162, regular. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:27 - | Resting  Soft Palpation |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:27 - | Intensity  Mild To Moderate |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:27 - | UC Eval: Frequency: 2-5 Min |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:27 - | UC Eval: Duration: 60-80 Sec |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:27 - | UC Eval: Contractions: Irritability Pattern |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:27 - | UC Eval: Contractions: Back Pain |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 04:29 - | Pt resting in bed, denies any needs. Pt's fiancee and his mother at her side. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:24 - | Pain Assess(Scale) 0 |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 05:24 - | IV Status: Rate: Infusing Well  Site Unremarkable |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 05:25 - | Position: In Bed: On Bedpan |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:30 - | IO : Pt unable to urinate. Denies feeling urge at this time. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:30 - | Vag Exam Comment: Blue chux changed, small amt of clear fluid noted. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:31 - | FHR Eval. Comment: FHT auscultated with Doppler, 143-161, regular. |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:31 - | Resting  Soft Palpation |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:31 - | Intensity  Mild To Moderate |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:31 - | UC Eval: Frequency: 3-4 Min |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:31 - | UC Eval: Duration: 40-70 Sec |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:31 - | UC Eval: Contractions: Tightening |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 05:32 - | T : 98.2 F |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 05:34 - | P : 82 bpm |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 05:34 - | BP : 129 / 64 |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:34 - | Pain Comment: Pt denies feeling pain, just tightening |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:41 - | Obstetrician: Dr Ritten |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:41 - | Obstetrician: Paged |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 05:45 - | Physician Comment: Dr. Ritten updated on pt status, FHT and UC pattern, no pain, just tightening. No new orders received. Dr. to be in to see pt this am |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 06:34 - | Pain Comment: Pt states she has been sleeping, hasn't felt any pain |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 06:34 - | IV Status: Rate: Infusing Well  Site Unremarkable |
| tKB - JMS:SCHULTZ JODIE | - 06/29/04 06:36 - | Vag Exam: 1.5// |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 06:36 - | Vag Exam Comment: Limb present at outer os |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 06:38 - | FHR Eval. Comment: FHT auscultated with Doppler, 142-153, regular |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 06:38 - | Resting  Soft Palpation |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 06:38 - | Intensity  Mild To Moderate |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 06:38 - | UC Eval: Frequency: 3-7 Min |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 06:38 - | UC Eval: Duration: 60-80 Sec |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 06:41 - | Position: In Bed: On Bedpan |
| TKB - JMS:SCHULTZ JODIE | - 06/29/04 06:57 - | Output : Voided on Bedpan / Large / Yellow Urine |
| _KB - JMS:SCHULTZ JODIE | - 06/29/04 07:04 - | Complete bed linen changed. |
| _KB - SMS:SKELLENGER SAN | - 06/29/04 07:40 - | Intensity  Mild |

Page : 2

582043

Copyright© Peritronics Medical Inc. 1986-1994 All Rights Reserved

Patient Name: S
Patient #: 052083

Printed on: 07/01/04 11:45:13
User Name: DJD

## Detail Notes Log

```
_KB  - SMS:SKELLENGER SAN - 06/29/04 07:40 -   UC Eval: Frequency: 3-4 Min
TKB  - SMS:SKELLENGER SAN - 06/29/04 07:42 -   T : 98.5 F
TKB  - SMS:SKELLENGER SAN - 06/29/04 07:42 -   R : 18 /min
TKB  - SMS:SKELLENGER SAN - 06/29/04 07:42 -   P : 111 bpm
TKB  - SMS:SKELLENGER SAN - 06/29/04 07:42 -   BP : 120 / 77
TKB  - SMS:SKELLENGER SAN - 06/29/04 07:51 -   IV Status:  Rate: Infusing Well   Site Unremarkable
_KB  - SMS:SKELLENGER SAN - 06/29/04 08:20 -   Obstetrician: Dr Ritten
_KB  - SMS:SKELLENGER SAN - 06/29/04 08:20 -   Obstetrician: In Department
_KB  - SMS:SKELLENGER SAN - 06/29/04 08:21 -   Obstetrician: Dr Ritten
_KB  - SMS:SKELLENGER SAN - 06/29/04 08:21 -   Obstetrician: At Bedside
_KB  - SMS:SKELLENGER SAN - 06/29/04 08:23 -   Obstetrician: Dr Ritten
_KB  - SMS:SKELLENGER SAN - 06/29/04 08:23 -   Obstetrician: Vag Exam Done
tKB  - SMS:SKELLENGER SAN - 06/29/04 08:24 -   Vag Exam: 1.5//-3
_KB  - SMS:SKELLENGER SAN - 06/29/04 08:26 -   Vag Exam Comment: *presenting part in cervix-dr ritten
                                               talking to patient and boyfriend about infant being
                                               born/survival rate 0/infant may be born breathing or may
                                               not-pt tearful
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:01 -   Teaching Comment: pt and bf asking many questions about
                                               pitocin,delivery,whether infant will be born
                                               alive,delivery process,plan of care-all questions ans,pt
                                               tearfull
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:01 -   Consent Signed  Vaginal Delivery
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:01 -   Consent Signed  Blood Products
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:01 -   Consent Signed  To Photograph
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:16 -    pt has decided to have pitocin started after talking it
                                               over with boyfriend and both mothers
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:16 -   Obstetrician: Dr Ritten
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:16 -   Obstetrician: Paged
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:18 -   pt given phamplets-stillbirth,miscarriage and infant
                                               death/parents helping parents/understanding grief/still
                                               to be born/when hello means goodbye
_KB  - SMS:SKELLENGER SAN - 06/29/04 09:28 -   Comment dr ritten returned call,orders received for
                                               pitocin,pain medication
TKB  - RDB:BOBEK ROBIN    - 06/29/04 09:41 -   Pitocin Titration : 2 mu/min / Infusion Device
TKB  - RDB:BOBEK ROBIN    - 06/29/04 09:46 -   T : 98.5 F
TKB  - RDB:BOBEK ROBIN    - 06/29/04 09:46 -   R : 20 /min
TKB  - RDB:BOBEK ROBIN    - 06/29/04 09:46 -   P : 89 bpm
TKB  - RDB:BOBEK ROBIN    - 06/29/04 09:46 -   BP : 117 / 68
_KB  - RDB:BOBEK ROBIN    - 06/29/04 09:47 -   Obstetrician: Dr Ritten
_KB  - RDB:BOBEK ROBIN    - 06/29/04 09:47 -   Obstetrician: Vag Exam Done
tKB  - RDB:BOBEK ROBIN    - 06/29/04 09:48 -   Vag Exam: 1.5//-3
_KB  - RDB:BOBEK ROBIN    - 06/29/04 09:48 -    Dr. Ritten talking to patient about plan of care for
                                               delivery.
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:03 -   R : 18 /min
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:03 -   P : 101 bpm
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:03 -   BP : 134 / 46
TKB  - SMS:SKELLENGER SAN - 06/29/04 10:06 -   Position: In Bed: On Bedpan
TKB  - SMS:SKELLENGER SAN - 06/29/04 10:06 -   Output : Void  / Moderate  / Clear Urine
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:09 -   Resting  Soft Palpation
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:09 -   Intensity  Mild
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:09 -   UC Eval: Frequency: 2-4 Min
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:09 -   UC Eval: Duration: 30-45 Sec
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:09 -   Pitocin Titration : 4 mu/min / Infusion Device
_KB  - SMS:SKELLENGER SAN - 06/29/04 10:25 -    family in and supportive
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:37 -   Resting  Soft Palpation
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:37 -   Intensity  Mild
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:37 -   UC Eval: Frequency: 2-4 Min
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:37 -   UC Eval: Duration: 39-50 Sec
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:38 -   R : 18 /min
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:38 -   P : 101 bpm
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:38 -   BP : 134 / 46
TKB  - RDB:BOBEK ROBIN    - 06/29/04 10:38 -   Pitocin Titration : 6 mu/min / Infusion Device
_KB  - RDB:BOBEK ROBIN    - 06/29/04 10:39 -    Patient states occasionally feels cramping 4-5 on scale,
                                               does not want anything for pain at this time, states will
                                               let us know.
```

Page : 3

582043

Copyright© Peritronics Medical Inc. 1986-1994  All Rights Reserved

-12278-

Patient Name: S  
Patient #: 052083

Printed on: 07/01/04 11:45:13  
User Name: DJD

## Detail Notes Log

```
_KB - SMS:SKELLENGER SAN - 06/29/04 11:09 -   pt crying,boyfriend very attentive with her,denies need
                                              for pain medication,
TKB - SMS:SKELLENGER SAN - 06/29/04 11:09 -   IV Status:  Rate: Infusing Well    Site Unremarkable
_KB - RDB:BOBEK ROBIN    - 06/29/04 11:20 -   Resting  Soft Palpation
_KB - RDB:BOBEK ROBIN    - 06/29/04 11:20 -   Intensity  Mild
_KB - RDB:BOBEK ROBIN    - 06/29/04 11:20 -   UC Eval: Frequency: 2-3 Min
_KB - RDB:BOBEK ROBIN    - 06/29/04 11:20 -   UC Eval: Duration: 30-45 Sec
_KB - RDB:BOBEK ROBIN    - 06/29/04 11:23 -    Pt. resting comfortably, no comlaints of pain.  Pt.
                                              denies any needs at this time.
_KB - SMS:SKELLENGER SAN - 06/29/04 11:59 -   Resting  Soft Palpation
_KB - SMS:SKELLENGER SAN - 06/29/04 11:59 -   Intensity  Mild
_KB - SMS:SKELLENGER SAN - 06/29/04 11:59 -   UC Eval: Frequency: 2.5-3 Min
_KB - SMS:SKELLENGER SAN - 06/29/04 11:59 -   UC Eval: Duration: 30-45 Sec
_KB - SMS:SKELLENGER SAN - 06/29/04 12:01 -   Pain Comment:  pt stated feeling every 3rd
                                              contraction,denies need for pain medication at this time
TKB - SMS:SKELLENGER SAN - 06/29/04 12:01 -   IV Status:  Rate: Infusing Well    Site Unremarkable
_KB - SMS:SKELLENGER SAN - 06/29/04 12:01 -    lots of family members in
tKB - SMS:SKELLENGER SAN - 06/29/04 12:02 -   Vag Exam: 2.0//-3
_KB - SMS:SKELLENGER SAN - 06/29/04 12:05 -    pt understands that she can limit visitors if she
                                              wants,will let me know if she wants more privacy
_KB - SMS:SKELLENGER SAN - 06/29/04 12:41 -    pt feeling infant move,very tearful that perhaps baby
                                              may live and questioning the ability to resuscitate
                                              infant-spoke to pt at length
_KB - SMS:SKELLENGER SAN - 06/29/04 12:51 -   Comment 1 wittstock rn talking to parents about
                                              resuscitation,dr ritten walked in room and talking to
                                              patient and bf about infant age
_KB - SMS:SKELLENGER SAN - 06/29/04 13:25 -    pt requesting minister,episcopal church called and
                                              minister will be coming in shortly-pt aware
_KB - RDB:BOBEK ROBIN    - 06/29/04 13:26 -    Pt. using bedpan at this time.
TKB - RDB:BOBEK ROBIN    - 06/29/04 13:28 -   T : 99.4 F
TKB - RDB:BOBEK ROBIN    - 06/29/04 13:28 -   R : 20 /min
TKB - RDB:BOBEK ROBIN    - 06/29/04 13:28 -   P : 85 bpm
TKB - RDB:BOBEK ROBIN    - 06/29/04 13:28 -   BP : 116 / 63
TKB - SMS:SKELLENGER SAN - 06/29/04 13:41 -   Ampicillin : Amount : 2 gm - Route: IVPB  Rate: Slow Push
TKB - SMS:SKELLENGER SAN - 06/29/04 13:41 -   Pain Assess  Back Pain
_KB - SMS:SKELLENGER SAN - 06/29/04 13:41 -   Pain Assess(Scale)  7
TKB - SMS:SKELLENGER SAN - 06/29/04 13:44 -   T : 99.2 F
TKB - SMS:SKELLENGER SAN - 06/29/04 13:44 -   R : 18 /min
TKB - SMS:SKELLENGER SAN - 06/29/04 13:44 -   P : 96 bpm
TKB - SMS:SKELLENGER SAN - 06/29/04 13:44 -   BP : 124 / 78
_KB - SMS:SKELLENGER SAN - 06/29/04 13:45 -    Demoral/Phenergen given per patients request through IV.
                                              Pt. states relief.
_KB - RDB:BOBEK ROBIN    - 06/29/04 13:45 -   Teaching: 9-Analgesia/Anesthesia/V
_KB - RDB:BOBEK ROBIN    - 06/29/04 13:48 -   Resting  Soft Palpation
_KB - RDB:BOBEK ROBIN    - 06/29/04 13:48 -   Intensity  Mild
_KB - RDB:BOBEK ROBIN    - 06/29/04 13:48 -   UC Eval: Frequency: 2-3 Min
_KB - RDB:BOBEK ROBIN    - 06/29/04 13:48 -   UC Eval: Duration: 50-60 Sec
_KB - RDB:BOBEK ROBIN    - 06/29/04 14:03 -    Pt. and fb holding hands, do not have any more questions
                                              about baby viability, state understanding.  They would li
                                              other family members in room for delivery for comfort and
                                              support.
_KB - SMS:SKELLENGER SAN - 06/29/04 14:15 -   Patient Response  Sleeping
TKB - SMS:SKELLENGER SAN - 06/29/04 14:15 -   IV Status:  Rate: Infusing Well    Site Unremarkable
_KB - SMS:SKELLENGER SAN - 06/29/04 14:16 -   Intensity  Absent
_KB - SMS:SKELLENGER SAN - 06/29/04 14:16 -   UC Eval: Frequency: 2-4 Min
_KB - SMS:SKELLENGER SAN - 06/29/04 14:16 -   UC Eval: Duration: 60-60 Sec
_KB - SMS:SKELLENGER SAN - 06/29/04 14:16 -    bf and both mothers in room-supportive
_KB - RDB:BOBEK ROBIN    - 06/29/04 14:21 -   Minister here to talk to patient and family.
_KB - SMS:SKELLENGER SAN - 06/29/04 14:53 -    miinister left
_KB - SMS:SKELLENGER SAN - 06/29/04 14:58 -   Pain Assess(Scale)  0
_KB - SMS:SKELLENGER SAN - 06/29/04 14:58 -   Pain Comment:  dozing on and off,does not feel
                                              contractions
_KB - SMS:SKELLENGER SAN - 06/29/04 14:58 -   Intensity  Mild
_KB - SMS:SKELLENGER SAN - 06/29/04 14:58 -   UC Eval: Frequency: 2-3 Min
_KB - SMS:SKELLENGER SAN - 06/29/04 14:58 -   UC Eval: Duration: 60-60 Sec
TKB - SMS:SKELLENGER SAN - 06/29/04 14:59 -   T : 98.9 F
```

Page : 4

582043

Copyright© Peritronics Medical Inc. 1986-1994 All Rights Reserved

-12280-