UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GARY M. RITTEN, M.D.**

       **Plaintiff,**

vs.

**LAPEER REGIONAL MEDICAL CENTER, d/b/a LAPEER GENERAL HOSPITAL and LAPEER REGIONAL HOSPITAL, McLAREN HEALTH CARE CORPORATION, BARTON P. BUXTON, DARLENE F. DALY, D.O., LISA M. ALLEN, D.O., JAN GROMADA, D.O., and SCOTT MANGO, R.N., jointly and severally,**

       **Defendants.**

Case No. 2:07-cv-10265
Assigned To: Hon. Gerald. E. Rosen
Magistrate Judge:  Hon. Donald A. Scheer

---

**Barry S. Fagan (P34275)**
**Darcie R. Brault (P43864)**
**Dib, Fagan and Brault, P.C.**
**Attorneys for Plaintiff**
**25892 Woodward Avenue**
**Royal Oak, MI  48067-0910**

**Geoffrey N. Feiger (P30441)**
**Jeffrey A. Danzig (P36571)**
FIEGER, FIEGER KENNEY &
   JOHNSON, P.C.
**Attorneys for Plaintiff**
**19390 W. 10 Mile Road**
**Southfield, MI  48075**

Carol L. Fossee  (P32307)
PAYNE, BRODER & FOSSEE, P.C.
Attorneys for Defendants
32100 Telegraph Road, Suite 200
Bingham Farms, MI  48025

Michael J. Lavoie (P32584)
BUTZEL LONG, P.C.
Attorneys for Defendants
150 W. Jefferson, Suite 100
Detroit, MI 48226

Anthony G. Arnone
KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK
Co-Counsel for Defendant Buxton
One Woodward Ave., Ste. 2400
Detroit, MI  48226

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Gary M. Ritten, M.D. and Defendants Barton P. Buxton, Lapeer Regional Medical Center, and McLaren Health Care Corporation have resolved the disputes in above-

captioned lawsuit. Based on this resolution, these parties stipulate to the entry of an order dismissing, with prejudice and without costs, Plaintiff's Complaint against all Defendants in the lawsuit. The Court shall retain jurisdiction over this matter for the purpose of enforcing the written Release and Settlement Agreement of the matter between the parties.

**STIPULATION:**

| | |
|---|---|
| s/CAROL L. FOSSEE | s/Barry S. Fagan |
| **CAROL L. FOSSEE  P-32307** | **Barry S. Fagan** |
| **PAYNE, BRODER & FOSSEE, P.C.** | Dib, Fagan, and Brault |
| **Attorneys for Defendants** | Attorneys for Plaintiff |
| 32100 Telegraph Road, Suite 200 | 25892 Woodward Avenue |
| Bingham Farms, MI  48025 | Royal Oak, MI 48067-0910 |
| (248) 642-7733 | (248) 542-6300 |
| clf@vlpb.com | bfagan@dibandfagan.com |
| **Dated:  May 13, 2010** | **Dated:  May 13, 2010** |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and filing of the stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Complaint of Plaintiff Gary M. Ritten, M.D. against all Defendants in this lawsuit is hereby dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter for the purpose of enforcing the written Release and Settlement Agreement of the matter between the parties.

s/Gerald E. Rosen
Honorable Gerald E. Rosen
Chief Judge, U.S. District Court

Dated:           May 14, 2010